# United States Court of Appeals for the Federal Circuit

---

**MID CONTINENT STEEL & WIRE, INC.,**

*Plaintiff-Appellee*

v.

**UNITED STATES,**

*Defendant-Appellee*

**PT ENTERPRISE INC., PRO-TEAM COIL NAIL ENTERPRISE INC., UNICATCH INDUSTRIAL CO., LTD., WTA INTERNTIONAL CO., LTD., ZON MON CO., LTD., HOR LIANG INDUSTRIAL CORPORATION, PRESIDENT INDUSTRIAL INC., LIANG CHYUAN INDUSTRIAL CO., LTD.,**

*Defendants-Appellants*

---

2021-1747

---

Appeal from the United States Court of International Trade in No. 1:15-cv-00213-CRK, 1:15-cv-00220-CRK, Judge Claire R. Kelly.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered April 21, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

June 13, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court