UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| MID CONTINENT STEEL AND WIRE, INC., | |
| Plaintiff, | |
| v. | Consol. Court No. 15-00213 |
| UNITED STATES, | |
| Defendant. | |

# ORDER

Upon consideration of Consolidated Plaintiffs', PT Enterprise Inc., Pro-Team Coil Nail Enterprise Inc., Unicatch Industrial Co., Ltd., WTA International Co., Ltd., Zon Mon Co., Ltd., Hor Liang Industrial Corp., President Industrial Inc., and Liang Chyuan Industrial Co., Ltd. Motion for Oral Argument in this appeal, and upon all other papers and proceedings herein, it is hereby

**ORDERED** that said motion is granted; and it is further

**ORDERED** that oral argument in this case shall take place in Courtroom _____ of the United States Court of International Trade on _____ , at _____ .

**SO ORDERED**:

_____
**CLAIRE R. KELLY, JUDGE**

DATED:_____
New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

```
_____x
                                         :
MID CONTINENT STEEL AND WIRE, INC.,      :
                                         :
            Plaintiff,                   :
                                         :    Consol. Court No. 15-00213
      v.                                 :
                                         :
UNITED STATES,                           :
                                         :
            Defendant.                   :
                                         :
_____x
```

**MOTION FOR ORAL ARGUMENT**

Pursuant to the United States Court of International Trade Rules 7(c) and 56.2(e), Consolidated Plaintiffs, PT Enterprise Inc., Pro-Team Coil Nail Enterprise Inc., Unicatch Industrial Co., Ltd., WTA International Co., Ltd., Zon Mon Co., Ltd., Hor Liang Industrial Corp., President Industrial Inc., and Liang Chyuan Industrial Co., Ltd. (collectively "Taiwan Respondents"), hereby request an oral argument in the above referenced case on a date and time to be determined that is convenient for all parties and this Court.  Taiwan Respondents respectfully submit that an oral argument is essential in this case due to the complex technical issues that have been raised.  Taiwan Respondents believe that an oral argument will permit the Court to question the parties in detail about issues of particular significance to the Court, so that the Court can better understand the position of the parties as discussed in their Comments to the Court.

Pursuant to Rule 7(f), PT consulted with the other parties in this case. On February 25, 2023, Adam Gordon, counsel for Mid Continent, advised that Mid Continent opposes this motion and will file a response in opposition. On February 27, 2023, Mikki Cottet, Senior Trial Counsel, Department of Justice, advised that the Government does not agree that oral argument is necessary, but will not oppose this motion.

For the reasons discussed above, we respectfully request that this Court grant Plaintiff's motion for oral argument.

                                                 Respectfully submitted,

                                                 GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP

*/s/ Ned H. Marshak*
Max F. Schutzman
Ned H. Marshak
Andrew T. Schutz

GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP
1201 New York Ave., NW, Suite 650
Washington, DC 20005
(202) 786-6881

599 Lexington Ave, 36th Floor
New York, New York 10022
(212) 557-4000

*Counsel for Taiwan Respondents*

Dated: February 27, 2022

2

12081310_1