UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

|  |  |
|---|---|
| MID CONTINENT STEEL & WIRE, INC., | ) |
| Plaintiff/Consolidated Defendant-Intervenor, | ) |
| v. | ) |
| UNITED STATES, | )  Consol. Court No. 15-00213 |
| Defendant, | ) |
| and | ) |
| PT ENTERPRISE INC., ET AL., | ) |
| Defendant-Intervenors/ Consolidated Plaintiffs. | ) |

## ORDER

Upon consideration of Consolidated Plaintiffs' Motion for Oral Argument in this appeal, and upon all other papers and proceedings herein, it is hereby

**ORDERED** that said motion is **DENIED.**

**SO ORDERED.**

_____
Hon. Claire R. Kelly, Judge

Dated: _____, 2023
New York, New York

1

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| MID CONTINENT STEEL & WIRE, INC., | ) |
| Plaintiff/Consolidated Defendant-Intervenor, | ) |
| v. | ) |
| UNITED STATES, | ) Consol. Court No. 15-00213 |
| Defendant, | ) |
| and | ) |
| PT ENTERPRISE INC., ET AL., | ) |
| Defendant-Intervenors/ Consolidated Plaintiffs. | ) |

## OPPOSITION TO MOTION FOR ORAL ARGUMENT

On behalf of Plaintiff/Consolidated Defendant-Intervenor Mid Continent Steel & Wire, Inc. ("Mid Continent"), we respectfully oppose the February 27, 2023 Motion for Oral Argument filed on behalf of Consolidated Plaintiffs PT Enterprise Inc., Pro-Team Coil Nail Enterprise Inc., Unicatch Industrial Co., Ltd., WTA International Co., Ltd., Zon Mon Co., Ltd., Hor Liang Industrial Corp., President Industrial Inc., and Liang Chyuan Industrial Co., Ltd. (collectively "PT").

As an initial matter, the undersigned counsel apologizes for the tardy nature of this filing. The undersigned was unexpectedly out of the office sick on Friday, March 17, 2023, and remained under the weather on March 18 and 19, 2023. When returning to the office on March 20 and catching up on matters that had accumulated, the undersigned inadvertently overlooked

1

the March 20, 2023 deadline to file this response.  We apologize for this oversight and any inconvenience it has caused the court or the parties.

Mid Continent's opposition to PT's Motion for Oral Argument rests on two bases.  First, as discussed in the Government's comments on remand (CN/ECF No. 192 at 15-23), PT's comments on the remand determination contain new argument not presented to the agency during the remand proceeding.  Mid Continent opposes granting PT an opportunity to present these arguments orally to the court, when they are not properly presented in the first instance.

Second, given the limited nature of the remand and the fully-developed nature of the remand record, Mid Continent believes that oral argument in not necessary to facilitate the court's review of the Commerce Department's remand determination.

Having said that, if the Court determines to grant the Motion and hold oral argument, Mid Continent will appear and participate fully.

                                            Respectfully submitted,

                                            */s/ Adam H. Gordon*
                                            Adam H. Gordon

                                            **THE BRISTOL GROUP PLLC**
                                            *Counsel to Mid Continent Steel & Wire, Inc.*

Dated:  March 21, 2023