# UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

|  |  |
|---|---|
| MID CONTINENT STEEL AND WIRE, INC., | |
| *Plaintiff/Consolidated Defendant-Intervenor*, | |
| v. | |
| UNITED STATES, | Consol. Court No. 15-00213 |
| *Defendant*, | |
| - and - | |
| PT ENTERPRISE INC., ET AL., | |
| *Defendant-Intervenor/ Consolidated Plaintiffs*. | |

## NOTICE OF APPEAL

Notice is hereby given that Consolidated Plaintiffs' PT Enterprise Inc. ("PT"), Pro-Team Coil Nail Enterprise Inc. ("Pro-Team"), Unicatch Industrial Co., Ltd., WTA International Co., Ltd., Zon Mon Co., Ltd., Hor Liang Industrial Corp., President Industrial Inc., and Liang Chyuan Industrial Co., Ltd., appeal to the United States Court of Appeals for the Federal Circuit from the Judgment of the United States Court of International Trade entered in this action, *Mid- Continent Steel & Wire, Inc. et al, v. United States*, on February 12, 2024 (Slip Op. 24-15) (ECF Dkts. 219 and 220). This Notice is filed in accordance with 28 U.S.C. § 2645(c) and 28 U.S.C. § 2107(b).

Respectfully submitted,

*/s/* Ned H. Marshak
Ned H. Marshak
Max F. Schutzman
Bruce M. Mitchell
Andrew T. Schutz*

GRUNFELD, DESIDERIO,
LEBOWITZ, SILVERMAN &
KLESTADT LLP
599 Lexington Ave., 36th Floor

<div style="display:flex;justify-content:space-between;">

Dated: <u>March 4, 2024</u>

New YorSk, New York 10022  
(212) 557-4000  
nmarshak@gdlsk.com  
bmitchell@gdlsk.com  

*1201 New York Ave NW, Ste 650  
Washington, DC 20005  
(202) 783-6881  
aschutz@gdlsk.com

</div>