UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| MID CONTINENT STEEL & WIRE, INC. *et al.*, | ) |
| Plaintiff and Consolidated Plaintiffs, | ) |
| v. | ) |
| UNITED STATES, | ) Consolidated Court No. 15-00213 |
| Defendant, | ) |
| and | ) |
| PT ENTERPRISE INC., *et al.*, | ) |
| Defendant-Intervenors and Consolidated Defendant-Intervenors. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 23, 2025 order, the parties respectfully submit this joint status report proposing a schedule for remand proceedings. The parties propose the following:

- Commerce shall file its remand redetermination by May 15, 2026.

- Comments in opposition to the remand redetermination shall be filed 45 days later, by June 29, 2026.

- Replies in support of the remand redetermination shall be filed 45 days later, by August 13, 2026.

- The Joint Appendix shall be filed by August 20, 2026.

January 13, 2026

Respectfully submitted,

/s/ Adam H. Gordon
Adam H. Gordon
**THE BRISTOL GROUP PLLC**
1707 L Street, NW
Suite 1050
Washington, DC 20036
Tel:  (2020 991-2701
E: adam.gordon@bristolgrouplaw.com

*Attorneys for plaintiff*


BRETT A SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Claudia Burke
CLAUDIA BURKE
Deputy Director
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 353-9063
Email: claudia.burke@usdoj.gov

*Attorneys for defendant*

OF COUNSEL:
VANIA WANG
Attorney
U.S. Department of Commerce
Office of the Chief Counsel
    for Trade Enforcement and Compliance

/s/ Ned H. Marshak
NED H. MARSHAK
GRUNFELD DESIDERIO LEBOWITZ
SILVERMAN & KLESTADT LLP
1201 New York Avenue, NW, Ste. 650
Washington, DC 20005
Phone: (202) 783-6881
Email: nmarshak@gdlsk.com

*Attorneys for defendant-intervenor*